379 A.2d 1350

Mary S. GREGG

v.

Thomas DIBERT, W. W. Conn, Verna J. Conn, and B. E. Sell.

Appeal of W. W. CONN et ux.

W. W. CONN and Verna J. Conn, Appellants,

v.

Mary S. GREGG.

Woodrow W. CONN, Appellant,

v.

William D. GREGG and Mary Gregg.

Supreme Court of Pennsylvania

Argued Oct. 13, 1976.

Decided Dec. 1, 1977.

James H. English, Altoona, for appellants.

T. Dean Lower, Clyde O. Black, II, Hollidaysburg, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM:

The order of the trial court at No. 479 January Term, 1974, and the decrees of the trial court at No. 380 January Term, 1974, and No. 140 January Term, 1975, are affirmed. Each party to pay own costs.

JONES, former C. J., did not participate in the consideration or decision of this case.